IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

            v.

CHARLES WINGATE
also known as
Carlos
also known as
Los,

  Defendant.

CRIMINAL FILE NO.

1:16-CR-145-20-TWT

## ORDER

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1169] of the Magistrate Judge recommending denying the Defendant's Motion for Bill of Particulars [Doc. 1024] and Motion to Suppress [Doc. 1025]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Bill of Particulars [Doc. 1024] and Motion to Suppress [Doc. 1025] are DENIED.

SO ORDERED, this 15 day of October, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge